UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRENT YOUNG #583032,

       Plaintiff,                               Case No. 1:19–cv–854

v.                                          Hon. Hala Y. Jarbou

WILLIAM JOURDEN, et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):        Motion to Continue (ECF No. 132)
Date/Time:       February 15, 2022   08:30 AM
District Judge:    Hala Y. Jarbou
Place/Location:   by video

*Zoom connection information will be issued separately. RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED. W.D. Mich. LGenR 4.1(c)(i) and (ii).*

                                              HALA Y. JARBOU
                                              United States District Judge

Dated:  February 9, 2022        By:    /s/ A. Seymore_____
                                                         Case Manager